**Order entered October 16, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00687-CR

### CHRISTOPHER MICHAEL DUCHARME, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80054-2018**

## ORDER

Before the Court is court reporter Sheri Vecera's October 14, 2018 request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before October 22, 2018.

/s/     CRAIG STODDART
JUSTICE